UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

    Petitioner,     3:09-cv-0545-LRH-WGC

vs.     **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,     September 13, 2011

    Respondents.
_____/

PRESENT:
THE HONORABLE   LARRY R. HICKS  , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  DENNIS M. FARIAS    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF:  NONE APPEARING

COUNSEL FOR DEFENDANTS:  NONE APPEARING

MINUTE ORDER IN CHAMBERS:  XXX

    In this capital habeas corpus action, the respondents have filed a motion (docket #80) stating that Renee Baker is now the warden of Ely State Prison, the prison where the petitioner is incarcerated, and asking that the docket be updated accordingly. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Renee Baker is substituted for her predecessor, E.K. McDaniel, as the respondent warden.

    **IT IS THEREFORE ORDERED** that respondents' Motion for Substitution of Respondent (docket #80) is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall substitute Renee Baker for E.K. McDaniel, on the docket, as the respondent warden in this action, and shall update the caption of the action to reflect this change.

    LANCE S. WILSON, CLERK

    By:           /s/
        Deputy Clerk