**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FERNANDO NAVARRO HERNANDEZ,

    Petitioner,                                       3:09-cv-00545-LRH-WGC

vs.

                                                   **ORDER**

RENEE BAKER, *et al.*,

    Respondents.

_____/

       The petitioner in this capital habeas corpus action, Fernando Navarro Hernandez, filed a third amended habeas petition on June 22, 2015 (ECF No. 97). Respondents' response to the third amended petition was then due on August 24, 2015. *See* Order entered February 20, 2015 (ECF No. 94). In an order entered September 28, 2015 (ECF No. 102), the court granted respondents a 91-day extension of time, to November 23, 2015, for their response. Then, on November 23, 2015, the court granted respondents a further 45-day extension, making respondents' response due on January 7, 2016. *See* Order entered November 23, 2016 (ECF No. 104).

       On January 7, 2016, respondents filed a motion (ECF No. 105), requesting a third extension of time for their response to the third amended petition. Respondents request that the deadline for their response be extended by another 14 days, to January 21, 2016. Respondents' counsel states that the further extension of time is necessary because of his obligations in other cases. Petitioner does not oppose the motion for extension of time.

1  The court finds that respondents' motion for extension of time is made in good faith and
2  not solely for the purpose of delay, and there is good cause for the requested extension of time. The
3  court will grant the third extension of time.

4  The court will not look favorably upon any further request to extend this deadline.

5  **IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF
6  No. 105) is **GRANTED**. Respondents shall have until and including **January 21, 2016**, to file an
7  answer or other response to petitioner's third amended petition for writ of habeas corpus.

8  **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further
9  proceedings set forth in the order entered February 20, 2015 (ECF No. 94) shall remain in effect.

11  Dated this 13th day of January, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE