# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

    Petitioner,                                           3:09-cv-00545-LRH-WGC

vs.

                                                   **ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

       In this capital habeas corpus action, on January 11, 2017, the petitioner, Fernando Navarro Hernandez, filed a motion for leave of court to supplement his third amended petition (ECF No. 133). Respondents filed an opposition to that motion on February 1, 2017 (ECF No. 140). Hernandez's reply, in support of his motion, was then due February 8, 2017. *See* LR 7-2(b) (7 days for reply in support of motion); *see also* Fed. R. Civ. P. 6(d) (after December 1, 2016, extra three days is no longer added to time for response after service of document by electronic means).

       On February 8, 2017, Hernandez filed a motion for extension of time to file his reply (ECF No. 142), requesting an extension to February 15, 2017. Hernandez's counsel states that the extension of time is necessary because of his work on another case. Respondents do not oppose the motion for extension of time. The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay. The court will grant the one-week extension of time, as requested.

Counsel states that he does not anticipate filing a motion for a second extension of time. Motion for Extension of Time (ECF No. 142), p. 3.  Counsel should take note: *the court will not further extend this deadline absent extraordinary circumstances.*

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 142) is **GRANTED**.  Petitioner shall have until and including February 15, 2017, to file a reply in support of his motion to supplement his third amended petition.

Dated this 10th day of February, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE