# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

    Petitioner,

vs.

TIMOTHY FILSON, et al.,

    Respondents.

3:09-cv-00545-LRH-WGC

ORDER

In this habeas corpus action, the petitioner, Fernando Navarro Hernandez has filed a fourth amended petition for writ of habeas corpus (ECF No. 147), and the respondents were due to respond to the fourth amended petition by October 26, 2017. *See* Order entered September 11, 2017 (ECF No. 150) (response to fourth amended petition due 45 days from date of order).

On September 11, 2017, the Court denied Hernandez's motion for a stay of this action. *See* Order entered September 11, 2017 (ECF No. 150). On September 21, 2017, Hernandez filed a motion for reconsideration of that order (ECF No. 151). The respondents filed an opposition to that motion on October 18, 2017 (ECF No. 154). Hernandez filed a reply on October 25, 2017 (ECF No. 156).

The Court "possesses the inherent procedural power to reconsider, rescind, or modify an interlocutory order for cause seen by it to be sufficient," so long as the court has jurisdiction. *City of L.A., Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 885 (9th Cir. 2001) (emphasis and

quotation omitted). The Court finds that Hernandez does not show cause for the Court to reconsider its September 11, 2017, order. The motion for reconsideration will be denied.

On October 25, 2017, respondents filed a motion for extension of time (ECF No. 155), requesting that their response to Hernandez's fourth amended petition be suspended until after the motion for reconsideration is resolved. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested. The Court will grant respondents' motion for extension of time.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Reconsideration (ECF No. 151) is **DENIED**.

**IT IS FURTHER ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 155) is **GRANTED**. Respondents shall have **60 days** from the date of this order to file an answer or other response to petitioner's fourth amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) shall remain in effect.

Dated this 26' day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE