# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

     Petitioner,                        3:09-cv-00545-LRH-WGC

vs.

                                       **ORDER**

TIMOTHY FILSON, *et al.*,

     Respondents.

_____/

     In this habeas corpus action, the respondents were to respond to Fernando Navarro Hernandez's fourth amended habeas petition (ECF No. 147) by December 26, 2017. *See* Order entered October 26, 2017 (ECF No. 157).

     On December 26, 2017, respondents filed a motion for extension of time (ECF No. 159), requesting an extension of time to January 16, 2017. Respondents' counsel states that he has been extremely busy with other cases, primarily capital habeas corpus cases. Hernandez does not oppose the extension of time.

     The Court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. In light of the litigation in this case over the past several months regarding Hernandez's motion for stay, the complexity of this case, and counsel's caseload, and to forestall any further motion to

///

1   extend this deadline, the Court will extend to March 3, 2018, the time for respondents to respond to

2   the fourth amended petition. *The Court will not be inclined to further extend this deadline.*

3       **IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time

4   (ECF No. 159) is **GRANTED**. Respondents will have until **March 3, 2018**, to file an answer or

5   other response to petitioner's fourth amended petition for writ of habeas corpus.

6

7       DATED this 27th day of December, 2017.

8

9   _____

10   LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26