UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>Petitioner,<br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>Respondents. | Case No. 3:09-cv-00545-LRH-WGC<br><br>ORDER |

In this capital habeas corpus action, the respondents filed a motion to dismiss (ECF No. 161) on March 5, 2018. The petitioner, Fernando Navarro Hernandez, filed an opposition to the motion to dismiss (ECF No. 168), and a motion for evidentiary hearing (ECF No. 167), on July 3, 2018. Respondents were then due to file a reply in support of the motion to dismiss, and a response to the motion for evidentiary hearing, by August 2, 2018. *See* Order entered February 20, 2015 (ECF No. 94).

On August 2, 2018, Respondents filed a motion for an extension of time (ECF No. 171), requesting a 7-day extension of time, to August 9, 2018, for their reply in support of their motion to dismiss, and their response to the motion for evidentiary hearing. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. The petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

1

1     **IT IS THEREFORE ORDERED** that respondents' Motion for Enlargement of Time (ECF No. 171) is **GRANTED**. Respondents will have until **August 9, 2018**, to file a reply in support of their motion to dismiss, and a response to the motion for evidentiary hearing.

    **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED this 2nd day of August, 2018.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE