|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | UNITED STATES DISTRICT COURT | |
| 7 | DISTRICT OF NEVADA | |

FERNANDO NAVARRO HERNANDEZ,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:09-cv-00545-LRH-WGC

ORDER

In this capital habeas corpus action, on February 4, 2019, the Court ruled on the respondents' motion to dismiss (ECF No. 161), dismissed certain of the claims of the petitioner, Fernando Navarro Hernandez, and set a deadline for the respondents to answer Hernandez's remaining claims. *See* Order entered February 4, 2019 (ECF No. 184).

On March 1, 2019, Hernandez filed a motion for reconsideration (ECF No. 186), seeking reconsideration of the February 4, 2019, order. Respondents' response to the motion for reconsideration was due on March 15, 2019. *See* LR 7-2(b).

On March 15, 2019, Respondents filed a motion for extension of time (ECF No. 187), requesting a 21-day extension of time, to April 5, 2019, to respond to the motion for reconsideration. Respondents' counsel states that the extension of time is necessary because of his other responsibilities as Deputy Solicitor General. Hernandez does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purposed of delay, and there is good

cause for the extension of time. The Court will grant the extension of time that Respondents' request.

The Court will also suspend requirement that Respondents answer Hernandez's remaining claims, pending resolution of the motion for reconsideration.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 187) is **GRANTED**. Respondents will have until and including **April 5, 2019**, to respond to the petitioner's motion for reconsideration (ECF No. 186).

**IT IS FURTHER ORDERED** that the requirement that Respondents answer Hernandez's remaining claims is suspended. The Court will set a new deadline for Respondents' answer after the motion for reconsideration is resolved.

DATED this 18th day of March, 2019.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE