1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
8
9   FERNANDO NAVARRO HERNANDEZ,          Case No. 3:09-cv-00545-LRH-WGC
10        Petitioner,
                                         ORDER
11        v.
12
    WILLIAM GITTERE, *et al.*,
13        Respondents.
14

15         In this capital habeas corpus action, on February 4, 2019, the Court ruled on the

16  respondents' motion to dismiss (ECF No. 161) and dismissed certain of the claims of

17  the petitioner, Fernando Navarro Hernandez. *See* Order entered February 4, 2019 (ECF

18  No. 184). On March 1, 2019, Hernandez filed a motion for reconsideration (ECF No.

19  186), seeking reconsideration of the February 4 order. After a 21-day extension of time

20  (ECF No. 188), Respondents' response to the motion for reconsideration was due on

21  April 5, 2019.

22         On April 5, 2019, Respondents filed a motion for extension of time (ECF No.

23  189), requesting a second extension of time for their response to the motion for

24  reconsideration; Respondents request another 14 days, to April 19, 2019. Respondents'

25  counsel states that the extension of time is necessary because of his responsibilities in

26  other cases. Hernandez does not oppose the motion for extension of time. The Court

27  finds that the motion for extension of time is made in good faith and not solely for the

28

purposed of delay, and there is good cause for the extension of time. The Court will grant the extension of time that Respondents' request.

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (ECF No. 189) is **GRANTED,** *nunc pro tunc.* Respondents will have until and including **April 19, 2019**, to respond to the petitioner's motion for reconsideration (ECF No. 186).

DATED this 8th day of April, 2019.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE