UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:09-cv-00545-LRH-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

In this capital habeas corpus action, on February 4, 2019, the Court ruled on the respondents' motion to dismiss (ECF No. 161), and dismissed certain of the claims of the petitioner, Fernando Navarro Hernandez. *See* Order entered February 4, 2019 (ECF No. 184). On March 1, 2019, Hernandez filed a motion for reconsideration (ECF No. 186), seeking reconsideration of the February 4, 2019, order. Respondents filed a response to the motion for reconsideration on April 19, 2019 (ECF No. 194). Hernandez's reply in support of the motion was then due on April 26, 2019. *See* LR 7-2(b).

On April 26, 2019, Hernandez filed a motion for extension of time (ECF No. 195), requesting a 14-day extension of time, to May 10, 2019, to file his reply in support of his motion for reconsideration. Hernandez's counsel states that the extension of time is necessary for personal medical reasons. The Court finds that the motion for extension

of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. The Court will grant the extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 195) is **GRANTED**. Petitioner will have until and including **May 10, 2019**, to file a reply in support of his motion for reconsideration (ECF No. 186).

DATED THIS 29th day of April, 2019.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE