UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:09-cv-00545-LRH-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 206)**

In this capital habeas corpus action, the petitioner, Fernando Navarro Hernandez, filed a motion for leave to amend on July 2, 2019 (ECF No. 204). Respondents were due to respond to that motion by July 16, 2019. *See* LR 7-2(b).

On July 16, 2019, Respondents filed a motion for extension of time (ECF No. 206), requesting a 30-day extension of time, to August 15, 2019, to file their response to the motion for leave to amend. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. The petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 206) is **GRANTED**. Respondents will have until and including **August 15, 2019**, to file their response to Petitioner's motion for leave to amend (ECF No. 204).

DATED this 18th day of July, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE