| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:09-cv-00545-LRH-WGC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 214)** |

In this capital habeas corpus action, the petitioner, Fernando Navarro Hernandez, filed a motion for leave to amend on July 2, 2019 (ECF No. 204). Respondents filed an opposition to that motion on August 15, 2019 (ECF No. 212). Hernandez was due to file his reply in support of his motion on August 22, 2019. *See* LR 7-2(b).

On August 22, 2019, Hernandez filed a motion for extension of time (ECF No. 214), requesting a 7-day extension of time, to August 29, 2019, to file his reply in support of the motion for leave to amend. Hernandez's counsel states that the extension of time is necessary because of time away from his office for personal reasons. This would be the first extension of this deadline. Hernandez's counsel suggests, by the title of the motion, that Respondents do not oppose the motion for extension of time.

The Court finds that Hernandez's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 214) is **GRANTED**. Petitioner will have until and including **August 29, 2019**, to file a reply in support of his motion for leave to amend (ECF No. 204).

DATED this 27th day of August, 2019.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE