# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

Petitioner,

v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:09-cv-00545-LRH-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 219)**

In this capital habeas corpus action, the petitioner, Fernando Navarro Hernandez, represented by appointed counsel, is due to file a fifth amended habeas petition by October 7, 2019. *See* Order entered September 27, 2019 (ECF No. 218).

On October 2, 2019, Hernandez filed a motion for extension of time (ECF No. 219), requesting a 4-day extension of time, to October 11, 2019, to file his fifth amended petition. Hernandez's counsel states that the extension of time is necessary because of his obligations in other cases and time away from his office. This would be the first extension of this deadline. The respondents do not oppose the motion for extension of time.

The Court finds that Hernandez's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 219) is **GRANTED**. Petitioner will have until and including **October 11, 2019**, to file his fifth amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 27, 2019 (ECF No. 218) and the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED this 3rd day of October, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE