# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:09-cv-00545-LRH-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 222)**

In this capital habeas corpus action, the petitioner, Fernando Navarro Hernandez, represented by appointed counsel, filed a fifth amended habeas petition on October 11, 2019 (ECF No. 221). Respondents were due to file a motion to dismiss regarding the three new claims in the petition -- Claims 30, 31 and 32 – by December 10, 2019. *See* Order entered September 27, 2019 (ECF No. 218) (60 days to file motion to dismiss).

On December 10, 2019, Respondents filed a motion for extension of time (ECF No. 222), requesting a 14-day extension of time, to December 24, 2019, to file the motion to dismiss. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases and time away from his office due to illness. This would be the first extension of this deadline. Hernandez does not oppose the motion for extension of time.

///

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 222) is **GRANTED**. Respondents' will have until and including **December 24, 2019**, to file their motion to dismiss Claims 30, 31 and 32 of the fifth amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 27, 2019 (ECF No. 218) and the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED this 11th day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE