UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:09-cv-00545-LRH-WGC<br><br>ORDER |

In this capital habeas corpus action, on January 10, 2020, the petitioner, Fernando Navarro Hernandez, filed a motion, *pro se*, complaining about several aspects of his representation by appointed counsel. As Hernandez's motion concerns the attorney-client relationship, this matter will be handled *ex parte*. To protect the confidentiality of communications between Hernandez and his counsel – to the extent possible at this point – the Court has placed Hernandez's *pro se* motion under seal (ECF No. 225).

    Hernandez's counsel will be directed to consult with Hernandez regarding the matters raised in his motion, and then file a status report under seal, informing the Court of the status of the disputes reflected in the motion, and stating counsel's position as to how they should be resolved.

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's counsel are directed to consult with their client regarding the disputes reflected in Petitioner's *pro se* motion (ECF No.225). Petitioner's counsel shall, thereafter, within 60 days from the date of this order, file, under seal, a status report informing the Court of the status of the disputes and stating counsel's position as to how they may be resolved.

DATED this 22nd day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE