# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:09-cv-00545-LRH-WGC

AMENDED ORDER

In this capital habeas corpus action, on January 10, 2020, the petitioner, Fernando Navarro Hernandez, filed a motion, *pro* se, complaining about several aspects of his representation by appointed counsel. As Hernandez's motion concerns the attorney-client relationship, this matter will be handled *ex parte*. To protect the confidentiality of communications between Hernandez and his counsel – to the extent possible at this point – the Court has placed Hernandez's *pro se* motion under seal (ECF No. 225).

Hernandez's counsel will be directed to consult with Hernandez regarding the matters raised in his motion, and then file a status report under seal, informing the Court of the status of the disputes reflected in the motion, and stating counsel's position as to how they should be resolved.

**IT IS THEREFORE ORDERED** that Petitioner's counsel are directed to consult with their client regarding the disputes reflected in Petitioner's *pro se* motion (ECF No.225). Petitioner's counsel shall, thereafter, within 60 days from the date of this order,

file, under seal, a status report informing the Court of the status of the disputes and stating counsel's position as to how they may be resolved.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to serve a copy of Petitioner's *pro se* motion (ECF No. 225) on Petitioner's counsel (and *only* on Petitioner's counsel).

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to file this amended order, and strike from the record the order filed at ECF No. 226.

DATED this 23rd day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE