UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

    Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:09-cv-00545-LRH-WGC

ORDER GRANTING MOTION FOR
EXTENSION OF TIME
(ECF NO. 228)

    In this capital habeas corpus action, the petitioner, Fernando Navarro Hernandez, represented by appointed counsel, was due on February 24, 2020, to file a response to Respondents' motion to dismiss (ECF No. 224), which was filed on December 24, 2019.

    On February 21, 2020, Hernandez filed a motion for extension of time (ECF No. 228), requesting an extension of time to April 8, 2020 (a 44-day extension). Hernandez's counsel states that the extension of time is necessary because of his obligations in other cases and his need to meet with his client before preparing the response to the motion to dismiss. This would be the first extension of this deadline. Respondents do not oppose the motion for extension of time.

    The Court finds that Hernandez's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 228) is **GRANTED**. Petitioner will have until and including **April 8, 2020**, to file a response to the motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED this 27th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE