UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:09-cv-00545-LRH-WGC<br><br>ORDER |

In this capital habeas corpus action, on January 10, 2020, the petitioner, Fernando Navarro Hernandez, filed a motion, *pro se*, complaining about several aspects of his representation by appointed counsel. As Hernandez's motion concerns the attorney-client relationship, the Court has placed Hernandez's *pro se* motion under seal (ECF No. 225), and this matter is being handled *ex parte*.

On January 23, 2020, the Court ordered Hernandez's counsel to consult with Hernandez regarding the concerns expressed in his January 10, 2020, filing, and, within 60 days, file, under seal, a status report regarding those matters. *See* Order filed January 23, 2020 (ECF No. 227). On March 23, 2020, Hernandez's counsel filed, under seal, a status report, as directed by the Court (ECF No. 230).

In view of the representations of counsel in the March 23, 2020, status report (ECF No. 230), the Court will order Hernandez's counsel to file a further status report, under seal, within 120 days of this order.

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's counsel are directed to file, under seal, within 120 days from the date of this order, a status report informing the Court of the status of the disputes reflected in the Petitioner's January 10, 2020, filing, and stating counsel's position as to how any remaining disputes may be resolved.

DATED this 25th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE