UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:09-cv-00545-LRH-WGC<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 232) |

In this capital habeas corpus action, the Respondents filed a motion to dismiss on December 24, 2019 (ECF No. 224). After a 44-day extension of time, the petitioner, Fernando Navarro Hernandez, represented by appointed counsel, was due to respond to that motion by April 8, 2020. *See* Order filed February 27, 2020 (ECF No. 229).

On April 8, 2020, Hernandez filed a motion for extension of time (ECF No. 232), requesting a further 61-day extension of time, to June 8, 2020 (June 7 is a Sunday). Hernandez's counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic. The respondents do not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 232) is **GRANTED**. Petitioner will have until and including **June 8, 2020**, to respond to the motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED this 16th day of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE