UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 3:09-cv-00545-LRH-WGC<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 247) |

　　In this capital habeas corpus action, the Respondents were due to file an answer by January 8, 2021. *See* Order entered September 10, 2020 (ECF No. 242).

　　On January 6, 2021, Respondents filed a motion for extension of time (ECF No. 247), requesting a 60-day extension of time, to March 9, 2021. Respondents' counsel states that the extension of time is necessary because of the complexity of the case, her responsibilities in other cases, and time away from her office. The Petitioner does not oppose the motion for extension of time.

　　The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 247) is **GRANTED**. Respondents will have until and including **March 9, 2021**, to file their answer.

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED this 7th day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE