UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

    Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:09-cv-00545-LRH-WGC

ORDER GRANTING
MOTION FOR EXTENSION OF TIME
(ECF NO. 249)

In this capital habeas corpus action, after a 60-day extension of time, the Respondents were due to file an answer by March 9, 2021. *See* Order entered September 10, 2020 (ECF No. 242) (120 days for answer); Order entered January 7, 2021 (ECF No. 248) (60-day extension).

On March 8, 2021, Respondents filed a motion for extension of time (ECF No. 249), requesting a further 45-day extension of time, to April 23, 2021. Respondents' counsel states that the extension of time is necessary because of her responsibilities in other cases. The Petitioner does not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 249) is **GRANTED**. Respondents will have until and including **April 23, 2021**, to file their answer.

///

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED this 10th day of March, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE