UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:09-cv-00545-LRH-WGC<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 251) |

In this capital habeas corpus action, after a 60-day extension of time and a 45-day extension of time, the Respondents were due to file an answer by April 23, 2021. *See* Order entered September 10, 2020 (ECF No. 242) (120 days for answer); Order entered January 7, 2021 (ECF No. 248) (60-day extension); Order entered March 10, 2021 (ECF No. 250) (45-day extension).

On April 14, 2021, Respondents filed a motion for extension of time (ECF No. 251), requesting a further 45-day extension of time, to June 7, 2021. Respondents' counsel states that the extension of time is necessary because of personal family and medical matters. The Petitioner does not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 251) is **GRANTED**. Respondents will have until and including **June 7, 2021**, to file their answer.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED this 19th day of April, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE