UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:09-cv-00545-LRH-WGC<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 282) |

In this capital habeas corpus action, after an initial 120-day period, a 60-day extension of time, a 45-day extension of time, another 45-day extension of time, and a 30-day extension of time, the respondents were due to file an answer by July 7, 2021. *See* Order entered September 10, 2020 (ECF No. 242) (120 days for answer); Order entered January 7, 2021 (ECF No. 248) (60-day extension); Order entered March 10, 2021 (ECF No. 250) (45-day extension); Order entered April 19, 2021 (ECF No. 276) (45-day extension); Order entered June 7, 2021 (ECF No. 280) (30-day extension).

On July 7, 2021, Respondents filed a motion for extension of time (ECF No. 282), requesting a further 7-day extension of time, to July 14, 2021. Respondents' counsel states that the extension of time is necessary because of their obligations in other cases. The petitioner does not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 282) is **GRANTED**. Respondents will have until and including **July 14, 2021**, to file their answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED this 7th day of July, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE