UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br> Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br> Respondents. | Case No. 3:09-cv-00545-LRH-WGC<br><br>ORDER |

 In this capital habeas corpus action, on July 29, 2021, the petitioner, Fernando Navarro Hernandez, who is represented by appointed counsel, filed a *pro se* motion (ECF No. 286), inquiring about the status of an earlier *pro se* motion that he filed on April 19, 2021 (ECF No. 277). Hernandez's April 19, 2021, motion was stricken on June 9, 2021, on a motion by Respondents. The Court will direct the Clerk of the Court to send Petitioner a copy of the June 9, 2021, order (ECF No. 281).

 **IT IS THEREFORE ORDERED** that Petitioner's Motion for Status Check (ECF No. 286) is **GRANTED IN PART AND DENIED IN PART**. The Court provides Petitioner information, above, regarding the status of his April 19, 2021, motion. Further, the Court directs the Clerk of the Court to send Petitioner a copy of the June 9, 2021, order (ECF No. 281). In all other respects, Petitioner's Motion for Status Check (ECF No. 286) is denied.

 DATED THIS 2nd day of August, 2021.

          _____
          LARRY R. HICKS,
          UNITED STATES DISTRICT JUDGE