UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERNANDO NAVARRO HERNANDEZ,

    Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:09-cv-00545-LRH-WGC

ORDER GRANTING
MOTION FOR EXTENSION OF TIME
(ECF NO. 288)

In this capital habeas corpus action, the respondents filed their answer on July 14, 2021. The petitioner, Fernando Navarro Hernandez, represented by appointed counsel, was then due to file a reply by August 30, 2021. *See* Order entered February 20, 2015 (ECF No. 94) (45 days for reply).

On August 27, 2021, Petitioner filed a motion for extension of time (ECF No. 288), requesting an 88-day extension of time, to November 26, 2021. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases. The respondents do not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 288) is **GRANTED**. Petitioner will have until and including **November 26, 2021**, to file his reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED THIS 31st day of August, 2021.

_____

LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE