UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>　　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　Respondents. | Case No. 3:09-cv-00545-LRH-CSD<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 293) |

　　　In this capital habeas corpus action, the respondents filed their answer on July 14, 2021 (ECF No. 285). Then, after an initial 45-day period, an 88-day extension of time, and a 60-day extension of time, the petitioner, Fernando Navarro Hernandez, represented by appointed counsel, was due to file a reply by January 25, 2022. *See* Order entered February 20, 2015 (ECF No. 94) (45 days for reply); Order entered August 31, 2021 (ECF No. 289) (88-day extension); Order entered December 2, 2021 (ECF No. 291) (60-day extension).

　　　On January 25, 2022, Petitioner filed a motion for extension of time (ECF No. 293), requesting a further 60-day extension of time, to March 26, 2022. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases. The respondents do not oppose the motion for extension of time.

　　　The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

1 **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time
2 (ECF No. 293) is **GRANTED**. Petitioner will have until and including **March 26, 2022**, to
3 file his reply.
4 **IT IS FURTHER ORDERED** that, in all other respects, the schedule for further
5 proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain
6 in effect.

DATED THIS 1st day of February, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2