# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:09-cv-00545-LRH-CSD<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 296) |

In this capital habeas corpus action, the respondents filed their answer on July 14, 2021 (ECF No. 285). Then, after an initial 45-day period, an 88-day extension of time, and two 60-day extensions of time, the petitioner, Fernando Navarro Hernandez, represented by appointed counsel, was due to file a reply by March 28, 2022. *See* Order entered February 20, 2015 (ECF No. 94) (45 days for reply); Order entered August 31, 2021 (ECF No. 289) (88-day extension); Order entered December 2, 2021 (ECF No. 291) (60-day extension); Order entered February 1, 2022 (ECF No. 294) (60-day extension).

On March 28, 2022, Petitioner filed a motion for extension of time (ECF No. 296), requesting a further 30-day extension of time, to April 27, 2022. Petitioner's counsel states that the extension of time is necessary because of her obligations in other cases. The respondents do not oppose the motion for extension of time. Respondents do not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 296) is **GRANTED**. Petitioner will have until and including **April 27, 2022**, to file his reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED THIS __8__ day of _____April_____, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE