UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM REUBART, *et al.*,<br><br>    Respondents. | Case No. 3:09-cv-00545-LRH-CSD<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 298) |

In this capital habeas corpus action, the respondents filed their answer on July 14, 2021 (ECF No. 285). Then, after an initial 45-day period, an 88-day extension of time, two 60-day extensions of time, and a 30-day extension of time, the petitioner, Fernando Navarro Hernandez, represented by appointed counsel, was due to file a reply by April 27, 2022. *See* Order entered February 20, 2015 (ECF No. 94) (45 days for reply); Order entered August 31, 2021 (ECF No. 289) (88-day extension); Order entered December 2, 2021 (ECF No. 291) (60-day extension); Order entered February 1, 2022 (ECF No. 294) (60-day extension); Order entered April 8, 2022 (30-day extension).

On April 27, 2022, Petitioner filed a motion for extension of time (ECF No. 298), requesting a further 7-day extension of time, to May 4, 2022. Petitioner's counsel states that the extension of time is necessary because of her obligations in other cases. Petitioner's counsel also states: "I anticipate this will be the final request for extension of time." Motion for Extension of Time (ECF No. 298), p. 4, lines 6–7. Respondents do not oppose the motion for extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 298) is **GRANTED**. Petitioner will have until and including **May 4, 2022**, to file his reply.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), William Reubart is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 2nd day of May, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE