UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM REUBART, et al.,<br><br>Respondents. | Case No. 3:09-cv-00545-LRH-CSD<br><br>ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 311) |

In this capital habeas corpus action, the Court has ordered the parties to file supplemental briefing—an amended answer by Respondents, followed by an amended reply by Petitioner Fernando Navarro Hernandez, followed by a response to the amended reply by Respondents—in the wake of the Supreme Court's decision in *Shinn v. Ramirez*, 142 S. Ct. 1718 (2022). *See* Order entered June 28, 2022 (ECF No. 307). Following a 60-day initial period (*see* Order entered June 28, 2022 (ECF No. 307)), and then a 91-day extension of time (*see* Order entered September 6, 2022 (ECF No. 310)), Respondents' amended answer was due on November 28, 2022.

On November 22, 2022, Respondents filed a motion for extension of time (ECF No. 311), requesting a further 60-day extension of time, to January 27, 2023, for their amended answer. Respondents' counsel states that this extension of time is necessary because of her obligations in other cases and her administrative duties at the office of the Nevada Attorney General. Respondents' counsel states that Hernandez, who is represented by appointed counsel, does not oppose the motion for extension of time.

1

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 311) is **GRANTED**. Respondents will have until and including January 27, 2023, to file their amended answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered February 20, 2015 (ECF No. 94) will remain in effect.

DATED THIS 27 day of Nov., 2022.

LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE