UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>Petitioner,<br>v.<br>JOHN HENLEY, *et al.*,<br><br>Respondents. | Case No. 3:09-cv-00545-MMD-CSD<br><br>ORDER |

In this capital habeas corpus action, the Court ordered the parties to file supplemental briefing—an amended answer by Respondents, an amended reply by Petitioner Fernando Navarro Hernandez, and a response to the amended reply by Respondents—in the wake of the Supreme Court's decision in *Shinn v. Ramirez*, 596 U.S. 366 (2022). (ECF No. 307.) Respondents filed an amended answer on March 17, 2023. (ECF No. 317.) Hernandez filed his amended reply on August 14, 2023. (ECF No. 322.) On August 14, 2023, Hernandez filed a motion for leave to conduct discovery and a motion for evidentiary hearing (ECF Nos. 324, 325.) Respondents filed their opposition to the motion for evidentiary hearing on July 11, 2024. (ECF No. 340.) However, Respondents now move for an 18-day extension of time to file their opposition to the motion for discovery and their response to the amended reply. (ECF No. 341 ("Motion").) This is Respondents' sixth request for an extension of this deadline. In this Court's last order, it stated that it would "not look favorably upon any motion to further extend this deadline." (ECF No. 339 at 2.)

Respondents' counsel states that this extension of time is necessary because she needs additional time even though she has diligently been working on this matter. (ECF No. 341.) Respondents' counsel explains that (1) she has prioritized this case "above all other pleadings and work responsibilities," and (2) she has made all possible efforts to

timely file the pleadings in this matter, including working weekends and holidays since the last extension, working "multiple entire nights at the office" on this case, cancelling prescheduled leave to spend time with her family from July 3 through July 7, and working during her nonrefundable prescheduled vacation from June 13 to June 23. (*Id*.) Respondents' counsel states that Hernandez, who is represented by appointed counsel, does not oppose the motion for extension of time. (*Id*.)

    The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will grant Respondents' 18-day extension, but the Court will again note that further requests for an extension of this deadline will be viewed unfavorably.

    It is therefore ordered that the Motion (ECF No. 341) is granted. Respondents have up to and including July 29, 2024, to file their opposition to the motion for discovery and their response to the amended reply.

    DATED THIS 16th Day of July 2024.

MIRANDA M. DU  
CHIEF UNITED STATES DISTRICT JUDGE