1
2
3                          UNITED STATES DISTRICT COURT
4                                DISTRICT OF NEVADA
5                                       * * *
6   FERNANDO NAVARRO HERNANDEZ,            Case No. 3:09-cv-00545-MMD-CSD
7                           Petitioner,                    ORDER
8        v.
    JOHN HENLEY, *et al.*,
9
                            Respondents.
10

11          On March 28, 2025, in this capital habeas corpus action, the Court denied

12   Petitioner Fernando Navarro Hernandez's Fifth-Amended Petition for Writ of Habeas

13   Corpus, entered Judgment, and closed this case. (ECF Nos. 349, 350.) Hernandez has

14   now filed a motion to amend the judgment. (ECF No. 351 ("Motion").) Given the filing of

15   the Motion, the Court reopens this case and instructs Respondents to file a response.

16          It is therefore ordered that the Clerk of Court reopen this matter.

17          It is further ordered that Respondents have up to and including May 30, 2025, to

18   file their response to the Motion. Hernandez will have 30 days following the filing of the

19   response to file his reply.

20          DATED THIS 28th Day of April 2025.

21
22
23          _____
                MIRANDA M. DU
24              UNITED STATES DISTRICT JUDGE
25
26
27
28