UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ, | Case No. 3:09-cv-00545-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| JOHN HENLEY, *et al.*, | |
| Respondents. | |

Before the Court is Respondents' unopposed motion for a 60-day extension of time to file their response to the motion to alter the judgment. (ECF No. 357 ("Motion").) This is Respondents' first request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

Also before the Court is *pro se* Petitioner's petition for a certificate of appealability for ground 31. (ECF No. 355 ("Petition").) Respondents move to strike the Petition. (ECF No. 356 ("Motion to Strike").) Once an attorney has made an appearance on behalf of a party, the party may not personally file any document with the Court. *See* LR IA 11-6. Because Hernandez is represented by counsel, his *pro se* Petition is a fugitive document.

It is therefore ordered that the Motion (ECF No. 357) is granted. Respondents have up to and including July 29, 2025, to file their response.

It is further ordered that the Motion to Strike (ECF No. 356) is granted. The Clerk of the Court is kindly directed to strike the Petition (ECF No. 355).

DATED THIS 3rd Day of June 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE