# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERNANDO NAVARRO HERNANDEZ,<br><br>                   Petitioner,<br>    v.<br><br>JOHN HENLEY, *et al.*,<br><br>                   Respondents. | Case No. 3:09-cv-00545-MMD-CSD<br><br>ORDER |

Before the Court is Respondents' unopposed motion for a 14-day extension of time to file their response to the motion to alter the judgment. (ECF No. 359 ("Motion").) This is Respondents' second request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 359) is granted. Respondents have up to and including August 12, 2025, to file their response.

DATED THIS 31st Day of July 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE