UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FERNANDO NAVARRO HERNANDEZ, | Case No. 3:09-cv-00545-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JOHN HENLEY, *et al.*, | |
| Respondents. | |

Before this Court is Respondents' unopposed motion for a 3-day extension of time to file their response to the motion to alter the judgment. (ECF No. 361 ("Motion").) This is Respondents' third request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 361) is granted. Respondents have up to and including August 15, 2025, to file their response.

DATED THIS 15th Day of August 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE